**FILED**

**JUDGMENT ENTERED**

_____10/3/2006_____
Date
by _____G. Lucas_____
Deputy Clerk

U.S. District Court
Eastern District of California

__XX___ FILE CLOSED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALPHA LAND COMPANY,
ALLEN CASSELMAN, TRUSTEE,

    Plaintiff,

vs.

JAMES LITTLE,

    Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:06-CV-830 OWW DLB

its verdict.

    DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS HEREBY ORDERED AND ADJUDGED that the matter is ordered dismissed with prejudice.

DATED: October 3, 2006

                      VICTORIA C. MINOR, Clerk

                      /S/ Greg Lucas
              By:
                      Deputy Clerk